UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN LEE,<br><br>                        Plaintiff,<br><br>                   -against-<br><br>MATTHEW F. COOPER, a Justice of the New York Supreme Court of the State of New York, in his individual and personal capacity, as well as a state actor for the State of New York,<br><br>                        Defendant. | 21-CV-1160 (CM)<br><br>ORDER OF DISMISSAL |

COLLEEN McMAHON, United States District Judge:

On March 26, 2021, the Court directed Plaintiff, within thirty days, to submit a completed request to proceed *in forma pauperis* ("IFP") application or pay the $402.00 in fees required to file a civil action in this Court. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed an IFP application or paid the fees. Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   May 24, 2021
          New York, New York

                                                          COLLEEN McMAHON
                                                          United States District Judge