UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN LEE,<br><br>      Plaintiff,<br><br>-against-<br><br>MATTHEW F. COOPER, a Justice of the New York Supreme Court of the State of New York, in his individual and personal capacity, as well as a state actor for the State of New York,<br><br>      Defendant. | 21-CV-1160 (CM)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued May 24, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice for Plaintiff's failure to submit a completed request to proceed *in forma pauperis* application or pay the $402.00 in filing fees. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:  May 24, 2021
    New York, New York

                         COLLEEN McMAHON
                         United States District Judge